DELK *v.* STATE OF INDIANA.

[No. 0-437.   Filed May 15, 1956.]

*William Delk, pro se.*

PER CURIAM.—Petitioner has filed in this court "Petition for Permission to Appeal" and has asked for an extension of time from 90 days to 120 days to perfect his appeal from a conviction of rape and automobile banditry in the Lake Circuit Court.

Subsequent to the filing of the petition herein, petitioner has filed request to withdraw same, and the petition heretofore filed herein is accordingly dismissed.

NOTE.—Reported in 134 N. E. 2d 148.

STATE EX REL. DELK *v.* MURRAY, JUDGE, LAKE CRIMINAL COURT.

[No. 0-439.   Filed May 15, 1956.]

*William Delk, pro se.*

PER CURIAM.—This is an original action in which relator has filed "Alternative Motion for Writ of Mandamus" asking this court to order respondent court to prepare immediately an appeal to this court, appoint counsel, furnish a transcript of the entire record, and all bills of exception in causes entitled *State of Indiana* v. *William Delk*, Causes No. 28270 and 28339 in the Lake Circuit Court.

Subsequent to the filing of relator's action herein, relator has filed request to withdraw the same, and relator's motion for writ of mandamus is accordingly dismissed.

NOTE.—Reported in 134 N. E. 2d 149.